**Justyn J. KOZIKOWSKI, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

No. 07–1281.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2007.

Filed: Nov. 15, 2007.

Justyn J. Kozikowski, St. Louis, MO, pro se.

Marion E.M. Erickson, Andrea R. Tebbets, Attorney, Eileen J. O'Connor, U.S. Department of Justice, Donald L. Korb, U.S. Internal Revenue Service Office of Chief Counsel, Washington, DC, for Appellee.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Justyn Kozikowski appeals the tax court's[1] dismissal of his action challenging the result of a collection due process hearing relating to tax deficiencies. Upon de novo review, we agree with the tax court that Kozikowski failed to state a plausible or cognizable claim for relief. *See Wilcox v. Comm'r of Internal Revenue*, 848 F.2d 1007, 1008 (9th Cir.1988) (de novo standard of review); *Bell Atlantic Corp. v. Twombly*, —— U.S. ——, ——, 127 S.Ct. 1955, 1974, 167 L.Ed.2d 929 (2007) (complaint must plead enough facts to state claim for relief that is plausible); *Yuen v. Comm'r of Internal Revenue*, 92 T.C.M. (CCH) 1, 3 (2006) (argument is frivolous where it is "contrary to established law and unsupported by a reasoned, colorable argument for change in the law"); *May v. Comm'r of Internal Revenue*, 752 F.2d 1301, 1303–04 & n. 3 (8th Cir.1985) (affirming dismissal for failure to state claim because, even if all of taxpayer's allegations were assumed to be true, petition merely contained conclusory assertions attacking constitutionality of Internal Revenue Code and its applicability to taxpayer, all of which had been rejected).

---

1. The Honorable Peter J. Panuthos, United States Tax Court Judge.

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Kozikowski's pending motions.